UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP ZOPPI,<br>*Plaintiff,* | : NO. 3:02CV-1619 (AWT)<br>: |
| v. | : |
| CONNECTICUT STATE POLICE<br>TROOPER PERRY WILSON, *et al.*,<br>*Defendants.* | :<br>:<br>: NOVEMBER 20, 2003 |

### ANSWER AND DEFENSES

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, the defendants hereby answer the plaintiff's Complaint dated December 31, 2002, as follows:

1. Paragraph 1 is denied.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted.

4. As to paragraph 4, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to his proof.

5. Paragraph 5 is admitted as to the claims made against the defendants in their individual capacities. The remainder of paragraph 5 is denied.

6. Paragraph 6 is admitted.

7. Paragraph 7 is admitted.

8. Paragraph 8 is admitted to the extent that it alleges that Connecticut State Police Trooper Perry Wilson arrived on the scene. As to the remainder of paragraph 8, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to his proof.

9. Paragraph 9 is admitted.

10. Paragraph 10 is admitted.

11. Paragraph 11 is admitted.

12. paragraph 12 is denied.

13. Paragraph 13 is denied.

14. Paragraph 14 is denied.

15. paragraph 15 is denied.

16. Paragraph 16 is denied.

17. Paragraph 17 is admitted.

18. Paragraph 18 is denied.

19. As to paragraph 19, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to his proof.

20. As to paragraph 20, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to his proof.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

23. Paragraph 24 is denied.

24. As to paragraph 24, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to his proof.

25. As to paragraph 25, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to his proof.

26. Paragraph 26 is denied.

27. That portion of paragraph 27 which alleges that the defendants deprived the plaintiff of his right to be free from false imprisonment as guaranteed to him by the Fourth Amendment to the U.S. Constitution, and by 42 U.S.C. § 1983, is denied. The defendants make no answers as to the remainder of paragraph 27 because the allegations of wrongdoing contained therein have been dismissed from this lawsuit.

28. Paragraph 28 is denied.

29. The plaintiff's prayer for relief is denied.

## AFFIRMATIVE DEFENSES

Pursuant to Rules 7 and 12 of the Federal Rules of Civil Procedure, the defendants raise the following affirmative defenses to the allegations contained in the plaintiff's complaint.

### FIRST AFFIRMATIVE DEFENSE:

The defendants are entitled to absolute judicial immunity for actions related to their performance in setting the conditions of bail.

### SECOND AFFIRMATIVE DEFENSE:

At all times relevant to this lawsuit, the defendants, and each of them, carried out their duties with the good faith belief that they were acting lawfully and not in violation of any known rights of the plaintiff. The defendants are, therefore, entitled to qualified, good faith immunity from any judgment of monetary damages.

DEFENDANTS
Robert Brennan and Perry Wilson

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105
Tel. (860) 808-5450
Federal Bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to the following *pro se* parties and/or counsel of record on this 20th day of November, 2003:

Philip Russell, P.C.
71 Lewis Street
Greenwich, Connecticut 06830

_____
Stephen R. Sarnoski
Assistant Attorney General