UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
                              :
PHILIP ZOPPI,                 :
                              :
    Plaintiff,                :
                              :
v.                            :   Civil No. 3:02CV1619(AWT)
                              :
TROOPER PERRY WILSON, et al., :
                              :
    Defendants.               :
                              :
------------------------------x

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge _Donna F. Martinez_ for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_x_   A ruling on the following motions, which are currently pending: _Defendants' Motion to Compel Cooperation in Discovery (Doc.# 23)_  (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  Other:_____(orefmisc./misc)

It is so ordered.

Dated this _4th_ day of _December_, 2003, at Hartford, Connecticut.

                                    _____
                                    Alvin W. Thompson
                                    United States District Judge