UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP ZOPPI,  : NO. 3:02CV-1619 (AWT)
*plaintiff*,  :
  :
V.  :
  :
TROOPER PERRY WILSON, *et al.*,  :
*defendants*.  : NOVEMBER 20, 2003

## MOTION TO COMPEL
## COOPERATION IN DISCOVERY

Pursuant to the provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure, the defendants respectfully request that this court order the plaintiff to cooperate in discovery by responding to their interrogatories and requests for production dated March 12, 2003, or to suffer the dismissal of this lawsuit. In support of this motion, the defendants represents as follows:

1. On March 12, 2003, counsel for the defendants propounded a set of interrogatories and requests for production to the plaintiff. *See* Tab A attached.

2. On May 20, 2003, during the course of the plaintiff's deposition, counsel for the defendants noted that the plaintiff had not yet responded to these interrogatories and requests for production. Counsel for the plaintiff replied that they were in the process of responding to them, and would have the required answers for us shortly. *See* Deposition Transcript of Philip Zoppi, pp. 92-93 attached at Tab B.

3. On May 20, 2003, counsel for the defendants sent a letter to the plaintiff's counsel asking that the responses to the overdue interrogatories and requests for production be provided within five days or, in the alternative, that counsel for the plaintiff contact counsel for the defendant for the purposes of discussing an agreeable enlargement of time in which to provide

---

GRANTED absent objection or response of any kind. The plaintiff shall respond to the defendants' discovery requests within ten (10) days of the date of this order. The defendants' request for attorney's fees is DENIED without prejudice. *See* D.Conn.L.Civ.R. 37(a)5. At the conclusion of the case, upon application, the court will consider the amount of attorney's fees, if any, that should be awarded in connection with this motion. SO ORDERED.

Donna F. Martinez/U.S.M.J
12/17/03