# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Philip Zoppi

**APPEARANCE**

v.

CASE NUMBER: No.3:02CV-1619 (AWT)

Connecticut State Police Trooper
Perry Wilson, et al

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Philip Zoppi

___7/20/05___
**Date**

CT) 03556
**Connecticut Federal Bar Number**

(203) 661-4200
**Telephone Number**

(203) 661-3666
**Fax Number**

_____
**E-mail address**

_____
**Signature**

David S. Feldman
**Print Clearly or Type Name**

66 Field Point Road
**Address**
Greenwich, CT 06836

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Stephen R. Sarnoski, Esq.
MacKensie Hall
110 Sherman Street
Hartford, CT 06105

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001