FILED

2005 JUL 22 A 10: 24

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP ZOPPI | : | NO. 3:02CV-1619 (AWT) |
|     Plaintiff, | : | |
| v. | : | |
| CONNECTICUT STATE POLICE | : | |
| TROOPER PERRY WILSON, et al | : | |
|     Defendants. | : | JULY 20, 2005 |

### REPLY TO AFFIRMATIVE DEFENSES

The plaintiff hereby denies all the material allegations of the defendant's first and second affirmative defenses.

 

THE PLAINTIFF,
PHILIP ZOPPI

By _/s/ David S. Feldman_
David S. Feldman
Philip Russell, LLC
66 Field Point Road
Greenwich, CT 06836
203-661-4200
Federal Bar No.: DF 8878

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 20th day of July, 2005 to all counsel and pro se parties of record namely:

Stephen R. Sarnoski, Esq.
MacKensie Hall
110 Sherman Street
Hartford, CT 06105

David S. Feldman