UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP ZOPPI, | : | NO. 3:02CV-1619 (AWT) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| CONNECTICUT STAT POLICE | : | |
| TROOPER PERRY WILSON and | : | |
| CONNECTICUT STATE POLICE | : | |
| SERGEANT ROBERT BRENNAN, | : | |
| *Defendants.* | : | AUGUST 7, 2006 |

<u>**DEFENDANTS' PROPOSED
SPECIAL VERDICT FORM**</u>
**(Interrogatories)**

### I. <u>LIABILITY - § 1983 - False Imprisonment</u>

    **A. False Imprisonment - Defendant _____:**

    1. Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant, _____ unlawfully imprisoned him without probable cause?

        [ ] YES          [ ] NO

    2. If you answered "yes" to interrogatory no. A.1, then do you find that the unlawful conduct on the part of the defendant, _____ was the proximate cause of injury to the plaintiff?

        [ ] YES          [ ] NO

    (If you answered "yes" to both interrogatories, you may go on to consider damages against this defendant in Part III below.)

    **B. False Imprisonment - Defendant _____:**

    1. Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant, _____ unlawfully imprisoned him without probable cause?

[ ] YES                    [ ] NO

2. If you answered "yes" to interrogatory no. B.1, then do you find that the unlawful conduct on the part of the defendant, _____ was the proximate cause of injury to the plaintiff?

[ ] YES                    [ ] NO

(If you answered "yes" to both interrogatories, you may go on to consider damages against this defendant in Part III below.)

## II. LIABILITY: - State Law Claims

**A. Intentional Infliction of Emotional Distress as to Defendant _____:**

1. Do you find that the plaintiff has proven by a preponderance of the evidence that the plaintiff was unlawfully subjected to the intentional infliction of emotional distress by defendant _____?

[ ] YES                    [ ] NO

2. If you answered "yes" to interrogatory no. A.1, then do you find that the unlawful conduct on the part of the defendant, _____ was the proximate cause of injury to the plaintiff?

**B. Intentional Infliction of Emotional Distress as to Defendant _____:**

1. Do you find that the plaintiff has proven by a preponderance of the evidence that the plaintiff was unlawfully subjected to the intentional infliction of emotional distress by defendant _____?

[ ] YES                    [ ] NO

2. If you answered "yes" to interrogatory no. B.1, then do you find that the unlawful conduct on the part of the defendant, _____ was the proximate cause of injury to the plaintiff?

**C. Civil Theft as to Defendant _____:**

1. Do you find that the plaintiff has proven by a preponderance of the evidence that the plaintiff was unlawfully subjected to the theft of his money by defendant _____?

[ ] YES      [ ] NO

2. If you answered "yes" to interrogatory no. B.1, what amount of money do you find that this defendant stole from the plaintiff?

$ _____

**D. Civil Theft as to Defendant _____:**

1. Do you find that the plaintiff has proven by a preponderance of the evidence that the plaintiff was unlawfully subjected to the theft of his money by defendant _____?

[ ] YES      [ ] NO

2. If you answered "yes" to interrogatory no. B.1, what amount of money do you find that this defendant stole from the plaintiff?

$ _____

## III. DAMAGES

If you answered "yes" to the interrogatories in Part I.A or I.B above, you have found one or more of the defendants liable to the plaintiff. You may, therefore, award damages against them.

1. Do you find that the plaintiff has proved actual damages suffered as the result of the defendants' wrongdoing?

       [ ] YES         [ ] NO

2. If you answered "yes" to interrogatory no. II.1, what amount of money in actual damages is fair and just to compensate the plaintiff for the injuries inflicted upon him by the defendants?

    $ _____

3. If you answered "no" to interrogatory no. II.1, you have found that the plaintiff has proved that the defendant, Perry Wilson or Robert Brennan, or both of them, violated his rights, but that he failed to prove actual damages. You must, therefore award nominal damages in an amount not to exceed $1.00. Enter that amount below.

    $ _____

4. If you awarded either actual or nominal damages to the plaintiff in interrogatories II.2 or II.3 above, for false imprisonment in violation of his rights under the Fourth Amendment to the U.S. Constitution, and keeping in mind the Court's instruction on punitive damages, do you find that the defendant, _____ should be punished or deterred from future misconduct by an award of punitive damages in addition to that already listed above?

       [ ] YES         [ ] NO

5. What amount of punitive damages is fair and just in order to punish each defendant, or to deter him/her from future misconduct?

As to defendant _____     $ _____

Your deliberations are complete.  Please sign and date this form.

_____              _____
Foreperson                                                              Date

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel: (203) 808-5450
Federal Bar #ct05129


## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following on this the _____ day of _____, _____:




_____
Stephen R. Sarnoski
Assistant Attorney General

-6-