UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP ZOPPI, | : | NO. 3:02CV-1619 (AWT) |
| *Plaintiff,* | : | |
| | : |  |
| V. | : | |
| | : | |
| CONNECTICUT STAT POLICE | : | |
| TROOPER PERRY WILSON and | : | |
| CONNECTICUT STATE POLICE | : | |
| SERGEANT ROBERT BRENNAN, | : | |
| *Defendants.* | : | AUGUST 7, 2006 |

**PROPOSED VOIR DIRE
QUESTIONS FOR THE JURY**

Counsel respectfully requests that the following questions be asked of prospective jurors:

1. The plaintiff in this case is Philip Zoppi of Fairfield, Connecticut. To the best of your knowledge, are you or any member of your family acquainted with the plaintiff in any way?

2. The defendants in this case are Connecticut State Police Sergeant Robert Brennan and Trooper Perry Wilson. To the best of your knowledge, are you or any member of your family acquainted with them?

3. The following individuals may be witnesses in this case:

   a. Westport police officer Christopher Proudfoot;

   b. Westport police officer Craig Kupson;

   c. Connecticut State Police Trooper Thomas Kiely; and

   d. Connecticut State Police Trooper Joseph Bukowski

To the best of your knowledge, are you or any member of your family acquainted with any of these individuals?

4. To the best of your knowledge, have you, a member of your family or a close friend ever had an unpleasant experience with a police officer?

5. If your response to question 4 is affirmative, describe the unpleasant experience of which you are aware.

6. Do any of you have an unfavorable opinion about police officers in general?

7. If your response to question 6 is affirmative, describe the nature of the unfavorable opinion that you hold concerning police officers.

8. Have you, a member of your family, or a close friend ever been arrested?

9. Have you read, heard or been exposed to unfavorable comments about the Connecticut State Police Department?

10. A portion of the testimony in this lawsuit will come from State Police officers or their supervisors. Have you or any member of your family ever had a personal experience, heard anything, or read anything which might make it difficult for you to believe their testimony?

11. Do any of you believe, for any reason, that police officers have a tendency to abuse their authority?

12. Have you or a member of your family ever been employed as a police officer?

13. Do any of you believe that the testimony of a policy officer is entitled to greater credibility than that of any other witness, merely by virtue of the fact that the testimony comes from a police officer?

14. Have you or a member of your family ever sued a police officer or the State of Connecticut for any reason?

15. Have you or a member of your family ever been sued by the State of Connecticut or another governmental agency for any reason?

16. Do you believe that, merely because the defendants have been accused of violating the plaintiff's constitutional rights, they are probably guilty of some wrongdoing?