UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP ZOPPI | : | CIVIL NO. 3:02CV1619 (AWT) |
| V. | : | |
| CONNECTICUT STATE POLICE TROOPER WILSON, ET AL | : | JANUARY 2, 2007 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following defendants: Connecticut State Police Trooper Perry Wilson and Connecticut State Police Sergeant Robert Brennan, in their official and individual capacities, and in addition to the appearance of Assistant Attorney General Stephen R. Sarnoski already on file in the above-captioned case.

Dated at Hartford, Connecticut, this 2nd day of January, 2007.

> DEFENDANTS
> Connecticut State Police Trooper Perry
> Wilson, et al.
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:    /s/ Robert F. Vacchelli
> Robert F. Vacchelli
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Tel.: (860) 808-5450
> Fax: (860) 808-5591
> E-Mail: robert.vacchelli@po.state.ct.us
> Federal Bar #ct05222

**CERTIFICATION**

    I hereby certify that on January 2, 2007, a copy of the foregoing Appearance was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts' system.

                                                  /s/ Robert F. Vacchelli  
                                         Robert F. Vacchelli  
                                         Assistant Attorney General  
                                         110 Sherman Street  
                                         Hartford, CT  06105  
                                         Tel.:  (860) 808-5450  
                                         Fax:  (860) 808-5591  
                                         E-Mail:  robert.vacchelli@po.state.ct.us  
                                         Federal Bar #ct05222