UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP ZOPPI, | : | NO. 3:02CV-1619 (AWT) |
| *Plaintiff,* | : | |
| V. | : | |
| CONNECTICUT STATE POLICE | : | |
| TROOPER PERRY WILSON and | : | |
| CONNECTICUT STATE POLICE | : | |
| SERGEANT ROBERT BRENNAN, | : | |
| *Defendants.* | : | JANUARY 8, 2007 |

## DEFENDANTS' AMENDED PROPOSED VOIR DIRE QUESTIONS FOR THE JURY

Counsel respectfully requests that the following questions be asked of prospective jurors:

1. The plaintiff in this case is Philip Zoppi of Fairfield, Connecticut. To the best of your knowledge, are you or any member of your family acquainted with the plaintiff in any way?

2. The defendants in this case are Connecticut State Police Sergeant Robert Brennan and Trooper Perry Wilson. To the best of your knowledge, are you or any member of your family acquainted with them?

3. The following individuals may be witnesses in this case:

   a. Westport police officer Christopher Proudfoot;

   b. Westport police officer Craig Kupson;

   c. Connecticut State Police Trooper Thomas Kiely; and

   d. Connecticut State Police Trooper Joseph Bukowski

To the best of your knowledge, are you or any member of your family acquainted with any of these individuals?

4. Do any of you have an unfavorable opinion about police officers in general? If your response is affirmative, describe the nature of the unfavorable opinion that you hold concerning police officers.

5. To the best of your knowledge, have you, a member of your family or a close friend ever had a negative or unpleasant experience with a police officer? If your response is affirmative, describe the unpleasant experience of which you are aware.

6. Have you, a member of your family or a close friend ever sustained injuries or other damages as a result of an encounter with a police officer?

7. Have you or a member of your family ever sued a police officer or the State of Connecticut for any reason?

8. Have you or a member of your family ever been sued by the State of Connecticut or another governmental agency for any reason?

9. Have you, a member of your family, or a close friend ever made a formal complaint against a police officer for any reason?

10. Have you, a member of your family, or a close friend ever been arrested?

11. Have you read, heard or been exposed to unfavorable comments about the Connecticut State Police Department?

12. Do you have any knowledge of this case from any source other than what you have learned here in court today?

13. A portion of the testimony in this lawsuit will come from State Police officers or their supervisors. Have you or any member of your family ever had a personal experience, heard anything, or read anything which might make it difficult for you to believe their testimony?

14. Do any of you believe, for any reason, that police officers have a tendency to abuse their authority?

15. Have you, a member of your family or a close friend ever been employed as a police officer?

16. Do you believe that the testimony of a policy officer is entitled to greater credibility than that of any other witness, merely by virtue of the fact that the testimony comes from a police officer?

17. Do you believe that, merely because the defendants have been accused of violating the plaintiff's constitutional rights, they are probably guilty of some wrongdoing?

18. Do you believe that if one defendant is found liable for some wrong committed against the plaintiff that all of the other defendants must also be liable? Will you be able to judge the liability of each defendant independently based solely upon the evidence presented in this case and the law as the Court will explain it to you?

19. Have you ever previously served on a jury which heard claims of police misconduct of any type?

20. Have you, a member of your family or a close friend ever been the victim of a crime? If so, is there anything about that experience which might tend to influence your judgment either in favor of or against the police officers in this case?

21. If you are selected to sit on this jury, the Court will instruct you on the law which you must apply to the facts of this case as you find them to be. One of the Court's instructions will inform you that the burden of proof for all material facts rests with the plaintiff. Do you understand that it is the plaintiff's responsibility to prove every fact essential to his case?

22. In this case, you will likely hear evidence concerning alcoholic intoxication and drunk driving. Is there anything about the issues of alcoholic intoxication and drunk driving which might interfere with your ability to fairly and impartially judge this case solely on the basis of the evidence presented and the law as the Court explains it to you?