UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP ZOPPI, | : | NO. 3:02CV-1619 (AWT) |
|     *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| CONNECTICUT STATE POLICE | : | |
| TROOPER PERRY WILSON and | : | |
| CONNECTICUT STATE POLICE | : | |
| SERGEANT ROBERT BRENNAN, | : | |
|     *Defendants.* | : | JANUARY 12, 2007 |

**DEFENDANTS' REVISED PROPOSED
SPECIAL VERDICT FORM
(Interrogatories)**

**I. LIABILITY - § 1983 - False Imprisonment**

    **A. False Imprisonment - Defendant _____:**

    1. Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant, _____ unlawfully imprisoned him without probable cause?

        [ ] YES                [ ] NO

    2. If you answered "yes" to interrogatory no. A.1, then do you find that the unlawful conduct on the part of the defendant, _____ was the proximate cause of injury to the plaintiff?

        [ ] YES                [ ] NO

    (If you answered "yes" to both interrogatories, you may go on to consider damages against this defendant in Part III below.)

    **B. False Imprisonment - Defendant _____:**

    1. Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant, _____ unlawfully imprisoned him without probable cause?

-2-

[ ]  YES                    [ ]  NO

2.  If you answered "yes" to interrogatory no. B.1, then do you find that the unlawful conduct on the part of the defendant, _____ was the proximate cause of injury to the plaintiff?

[ ]  YES                    [ ]  NO

(If you answered "yes" to both interrogatories, you may go on to consider damages against this defendant in Part III below.)

**II.  LIABILITY: - State Law Claims**

**A.  Intentional Infliction of Emotional Distress as to Defendant _____:**

1.  Do you find that the plaintiff has proven by a preponderance of the evidence that the plaintiff was unlawfully subjected to the intentional infliction of emotional distress by defendant _____?

[ ]  YES                    [ ]  NO

2.  If you answered "yes" to interrogatory no. A.1, then do you find that the unlawful conduct on the part of the defendant, _____ was the proximate cause of injury to the plaintiff?

**B.  Intentional Infliction of Emotional Distress as to Defendant _____:**

1.  Do you find that the plaintiff has proven by a preponderance of the evidence that the plaintiff was unlawfully subjected to the intentional infliction of emotional distress by defendant _____?

[ ]  YES                    [ ]  NO

2.  If you answered "yes" to interrogatory no. B.1, then do you find that the unlawful conduct on the part of the defendant, _____ was the proximate cause of injury to the plaintiff?

**C.  Civil Theft as to Defendant _____:**

1.  Do you find that the plaintiff has proven by a preponderance of the evidence that he was unlawfully subjected to the theft of his money by defendant _____?

[ ]  YES          [ ]  NO

2.  If you answered "yes" to interrogatory no. B.1, what amount of money do you find that this defendant stole from the plaintiff?

$ _____

**D.  Civil Theft as to Defendant _____:**

1.  Do you find that the plaintiff has proven by a preponderance of the evidence that he was unlawfully subjected to the theft of his money by defendant _____?

[ ]  YES          [ ]  NO

2.  If you answered "yes" to interrogatory no. B.1, what amount of money do you find that this defendant stole from the plaintiff?

$ _____

### III. DAMAGES

If you answered "yes" to the interrogatories in Part I.A or I.B above, you have found one or more of the defendants liable to the plaintiff. You may, therefore, award damages against them.

1. Do you find that the plaintiff has proved actual damages suffered as the result of the defendants' wrongdoing?

[ ] YES                    [ ] NO

2. If you answered "yes" to interrogatory no. II.1, what amount of money in actual damages is fair and just to compensate the plaintiff for the injuries inflicted upon him by the defendants?

$ _____

3. If you answered "no" to interrogatory no. II.1, you have found that the plaintiff has proved that the defendant, Perry Wilson or Robert Brennan, or both of them, violated his rights, but that he failed to prove actual damages. You must, therefore award nominal damages in an amount not to exceed $1.00. Enter that amount below.

$ _____

4. If you awarded either actual or nominal damages to the plaintiff in interrogatories II.2 or II.3 above, for false imprisonment in violation of his rights under the Fourth Amendment to the U.S. Constitution, and keeping in mind the Court's instruction on punitive damages, do you find that the defendant, _____ should be punished or deterred from future misconduct by an award of punitive damages in addition to that already listed above?

[ ] YES                    [ ] NO

5. What amount of punitive damages is fair and just in order to punish each defendant, or to deter him/her from future misconduct?

As to defendant _____        $ _____

**IV. SPECIAL FACTUAL INTEROGATORIES** (to be asked of the jury only if a plaintiff's verdict is rendered on the § 1983 claim)

1. Do you find that the plaintiff refused to sign his bail/bond form at the time of his prospective release from State Police custody on the evening of March 17, 2002?

    [ ] YES            [ ] NO

2. Do you find that the plaintiff's bail/bond form was signed by him at the time of his actual release from State Police custody at or about 6:00 a.m. on the morning of March 18, 2002?

    [ ] YES            [ ] NO

3. Do you find that the plaintiff was still under the influence of alcohol at the time of his prospective release from State Police custody on the evening of March 17, 2002?

    [ ] YES            [ ] NO

4. Do you find that the plaintiff was uncooperative with the defendants at the time of his prospective release from State Police custody on the evening of March 17, 2002?

    [ ] YES            [ ] NO

5. Do find that the plaintiff was belligerent toward the defendants at the time of his prospective release from State Police custody on the evening of March 17, 2007?

    [ ] YES            [ ] NO

Your deliberations are complete. Please sign and date this form.

_____           _____
            Foreperson                                                                   Date

-2-

        DEFENDANTS
        Robert Brennan and Perry Wilson

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


        By: _____
        Stephen R. Sarnoski
        Assistant Attorney General
        MacKenzie Hall
        110 Sherman Street
        Hartford, Connecticut  06105
        Tel: (203) 808-5450
        Federal Bar #ct05129


## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been telefaxed to the following on this the 12th day of January, 2007:

    Philip Russell, Esq
    Christopher Caldwell, Esq.
    71 Lewis Street
    P.O. Box 1437
    Greenwich, Connecticut 06836


        _____
        Stephen R. Sarnoski
        Assistant Attorney General