# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Philip Zoppi,
    Plaintiff

v.

Connecticut State Police Trooper
Perry Wilson and Connecticut State
Police Sergeant Robert Brennan
    Defendants

**APPEARANCE**

CASE NUMBER: 3:02 CV 1619 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Philip Zoppi

---

| | |
|---|---|
| 1/24/07 | Karen L Mayer (signature) |
| **Date** | **Signature** |
| CT 26555 | Karen L Mayer |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203 661-4200 | 66 Field Point Rd |
| **Telephone Number** | **Address** |
| 203 661-3666 | Greenwich CT 06830 |
| **Fax Number** | |
| kmayer@greenwichlegal.com | |
| kbm_mayer@yahoo.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was ~~mailed~~ hand delivered on this date to the following:

Stephen R Sarnoski, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford CT 06105
(860) 808-5450

Karen L Mayer
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001