# United States District Court

DISTRICT OF Connecticut

WITNESS LIST

Zoppi v. Wilson

CASE NUMBER: 02CV1619

| PRESIDING JUDGE Thompson | PLAINTIFF'S ATTORNEY Russell | DEFENDANT'S ATTORNEY Samoski, Vacchelli |
|---|---|---|
| TRIAL DATE(S) 1/17/07 | COURT REPORTER Huntington, Thompson | COURTROOM DEPUTY Smith, Gothers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/17/07 | | | Eileen Zoppi, Fairfield, CT |
| 2 | | " | | | Philip Zoppi, Fairfield, CT |
| | 1 | " | | | Ofcr. Christopher Proudfoot, Westport, CT |
| | 2 | " | | | Ofcr. Craig Kupson, Westport, CT |
| 3 | | " | | | Sgt. Robert Brennan, Westbrook, CT |
| 3 | | 1/18/07 | | | Sgt. Brennan resumes the stand |
| 4 | | " | | | Dominick Perri, Jr., Cos Cob, CT |
| | 3 | " | | | Det. Thomas Kiely, Bridgeport, CT |
| 5 | | " | | | Trooper Perry C. Wilson, Bridgeport, CT |
| 5 | | 1/22/07 | | | Trooper Wilson resumes the stand |
| Joint Wit. 6 | 4 | " | | | Trooper Joseph Bukowski, Southberry, CT |
| Joint Wit. 7 | 5 | " | | | Sgt. Daniel Semoski, Southberry, CT |
| Joint Wit. 8 | | " | | | John Mullin, Redding, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages