# TITLE

Philip Zoppi v. CT State Police officer Wilson, and CT State Police officer Brennan
3:02-CV-1619
1/16/07

**EXHIBIT TABLE OF CONTENTS**

| # | EXHIBIT | MARKED | FOUNDATION | ADMITTED | COMMENTS |
|---|---|---|---|---|---|
| 1 | Personal Property Inventory and Prisoner Processing Form | ✓ | | F | |
| 2 | Appearance Bond (14-827a) | ✓ | | F | |
| 3 | Appearance Bond (53-167a) | ✓ | | F | |
| 4 | Notice of Rights (14-827a) | ✓ | | F | |
| 5 | Notice of Rights (53-167a) | ✓ | | F | |
| 6 | Conn. gen. Stat. Sec. 29-12 | ✓ | | F | |
| 7 | Conn. gen. Stat. Sec. 29-17 | ✓ | | F | |
| 8 | Conn. gen. Stat. Sec. 17a-683 | ✓ | | F | |
| 9 | Conn. gen. Stat. Sec. 54-63c | ✓ | | F | |
| 10 | Conn. gen. Stat. Sec. 54-63d | ✓ | | F | |
| 11 | Uniform Arrest Report | ✓ | | F | |
| 12 | Misdemeanor Summons | ✓ | | F | |
| 13 | Page 3 from phone bill | ✓ | | F | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |

United States District Court
District of Connecticut
FILED AT HARTFORD
January 24, 2007
Kevin F. Rowe, Clerk
By S.L. Smith
Deputy Clerk

T 5134 Exhibit table of contents, 1-26. Punch at side or at top as required.
JULIUS BLUMBERG, INC., NYC 10013