# United States District Court

DISTRICT OF Connecticut

Zoppi v. Wilson

DEFTS' EXHIBIT ~~AND WITNESS LIST~~

CASE NUMBER: 02CV1619

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Russell | Sarnoski, Vacchelli |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/17/07 | Huntington, Thompson | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 1/17/07 | ✓ | F | State Police Records for Case #G02-131268 |
| | 2 | " | ✓ | F | State Police Records for Case #G02-131326 |
| | 3 | " | ✓ | F | Personal Property Inventory |
| | 4 | " | ✓ | F | Westport Police Dept Police Records for Accident #2002-004309 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages