# United States District Court

DISTRICT OF Connecticut

United States District Court
District of Connecticut
FILED AT HARTFORD
January 24, 2007
Kevin F. Rowe, Clerk
By S.L. Smith
Deputy Clerk

Zoppi v. Wilson

COURT EXHIBIT ~~List~~

CASE NUMBER: 02CV1619 AWT

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE Thompson | | PLAINTIFF'S ATTORNEY P. Russell | | DEFENDANT'S ATTORNEY S. Sarnoski, R. Vacchelli | |
| TRIAL DATE(S) 1/17-24/07 | | COURT REPORTER Thompson, Huntington | | COURTROOM DEPUTY Smith | |

| ~~PLF.~~ COURT NO. | ~~DEF. NO.~~ | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/24/07 | ✓ | | Jury Charge |
| 2 | | " | ✓ | | Verdict Form with Special Interrogatories |
| 3 | | " | ✓ | | Note from the Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages