**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
                              :
PHILIP ZOPPI,                 :
                              :
     Plaintiff,               :
                              :    Civil No. 3:02CV1619(AWT)
v.                            :
                              :
CONNECTICUT STATE POLICE      :
TROOPER PERRY WILSON and      :
CONNECTICUT STATE POLICE      :
SERGEANT ROBERT BRENNAN,      :
                              :
     Defendants.              :
                              :
------------------------------x
```

### VERDICT FORM WITH SPECIAL INTERROGATORIES

I.    **Claim One: 42 U.S.C. § 1983 Claim for False Imprisonment**

   A.   Defendant Wilson:

   1.   Do you find that the plaintiff has proven by a preponderance of the evidence that defendant Wilson violated the plaintiff's Fourth Amendment right to be free from false imprisonment?

   [ ] YES                    [✓] NO

   2.   If you answered "YES" to interrogatory I.A.1, then do you find that unlawful conduct on the part of defendant Wilson was the proximate cause of injury to the plaintiff?

   [ ] YES                    [ ] NO

   (If you answered "YES" to both I.A.1 and I.A.2, you may consider damages against this defendant in Part IV below.)

   B.   Defendant Brennan:

   1.   Do you find that the plaintiff has proven by a preponderance of the evidence that defendant

Brennan violated the plaintiff's Fourth Amendment right to be free from false imprisonment?

[ ] YES                    [✓] NO

2.    If you answered "YES" to interrogatory I.B.1, then do you find that unlawful conduct on the part of defendant Brennan was the proximate cause of injury to the plaintiff?

[ ] YES                    [ ] NO

(If you answered "YES" to both I.B.1 and I.B.2, you may consider damages against this defendant in Part IV below.)

## II.   Claim Two: State Law Claim for False Imprisonment

A.    Defendant Wilson:

1.    Do you find that the plaintiff has proven by a preponderance of the evidence that defendant Wilson falsely imprisoned him?

[ ] YES                    [✓] NO

2.    If you answered "YES" to interrogatory II.A.1, then do you find that unlawful conduct on the part of defendant Wilson was the proximate cause of injury to the plaintiff?

[ ] YES                    [ ] NO

(If you answered "YES" to both II.A.1 and II.A.2, you may consider damages against this defendant in Part IV below.)

B.    Defendant Brennan:

1.    Do you find that the plaintiff has proven by a preponderance of the evidence that defendant Brennan falsely imprisoned him?

[ ] YES                    [✓] NO

2.    If you answered "YES" to interrogatory II.B.1, then do you find that unlawful conduct on the part

-2-

of defendant Brennan was the proximate cause of injury to the plaintiff?

[ ] YES                    [ ] NO

(If you answered "YES" to both II.B.1 and II.B.2, you may consider damages against this defendant in Part IV below.)

## III.  **Claim Three: Intentional Infliction of Emotional Distress**

A.    Defendant Wilson:

1.    Do you find that the plaintiff has proven by a preponderance of the evidence that the plaintiff was unlawfully subjected to intentional infliction of emotional distress by defendant Wilson?

[ ] YES                    [✓] NO

2.    If you answered "YES" to interrogatory III.A.1, then do you find that unlawful conduct on the part of defendant Wilson was the proximate cause of injury to the plaintiff?

[ ] YES                    [ ] NO

(If you answered "YES" to both III.A.1 and III.A.2, you may consider damages against this defendant in Part IV below.)

B.    Defendant Brennan:

1.    Do you find that the plaintiff has proven by a preponderance of the evidence that the plaintiff was unlawfully subjected to intentional infliction of emotional distress by defendant Brennan?

[ ] YES                    [✓] NO

2.    If you answered "YES" to interrogatory III.B.1, then do you find that unlawful conduct on the part of defendant Brennan was the proximate cause of injury to the plaintiff?

[ ] YES                    [ ] NO

-3-

(If you answered "YES" to both III.B.1 and III.B.2, you may consider damages against this defendant in Part IV below.)

## IV. **Damages**

If you answered "YES" to both parts of I.A, I.B, II.A, II.B, III.A and/or III.B, you have found one or both of the defendants liable to the plaintiff. You may, therefore, award damages against him or them.

    A.    Do you find that the plaintiff has proved actual damages suffered as a result of the wrongdoing of one or both of the defendants?

        [ ] YES               [ ] NO

    B.    If you answered "YES" to interrogatory IV.A, what amount of money in actual damages is fair and just to compensate the plaintiff for injuries inflicted upon him by one or both of the defendants?

        $_____

    C.    If you concluded, on Claim One: § 1983 claim for false imprisonment, that a defendant was the proximate cause of injury to the plaintiff (i.e., you answered "YES" to both I.A.1 and I.A.2 with respect to defendant Wilson and/or "YES" to both I.B.1 and I.B.2 with respect to defendant Brennan), but you found that the plaintiff did not prove actual damages on Claim One, you must award the plaintiff nominal damages on Claim One in an amount not to exceed $1.00. Enter that amount below.

        $_____

    D.    If you award either actual or nominal damages to the plaintiff in IV.B or IV.C above, do you find that the defendant(s) should be punished or deterred from future misconduct by an award of punitive damages?

    Defendant Wilson:

        Claim One:             [ ] YES      [ ] NO

        Claim Two:             [ ] YES      [ ] NO

Claim Three:                [ ] YES          [ ] NO

Defendant Brennan:

Claim One:                  [ ] YES          [ ] NO

Claim Two:                  [ ] YES          [ ] NO

Claim Three:                [ ] YES          [ ] NO

E.   If you answered "YES" in IV.D. with respect to a
     defendant on Claim One, what amount of punitive damages
     is fair and just with respect to that defendant?

     Defendant Wilson:    $_____

     Defendant Brennan:   $_____

(Please note that the amount of any punitive damages award
on Claim Two and Claim Three would be determined by the court.)

## V.   **Special Factual Interrogatories**

     To be completed only if you return a verdict in favor of the
plaintiff.

A.   Do you find that the plaintiff refused to sign his
     Appearance Bond forms at the time of his prospective
     release from police custody on the evening of March 17,
     2002, i.e., when he was presented with them by Trooper
     Bukowski?

     [ ] YES                [ ] NO

B.   Do you find that the plaintiff's Appearance Bond forms
     were signed by him at the time of his actual release
     from police custody at or about 6:00 a.m. on the
     morning of March 18, 2002?

     [ ] YES                [ ] NO

C.   Do you find that the plaintiff remained severely
     intoxicated as of the time of his prospective release
     from police custody on the evening of March 17, 2002,
     i.e., when he was presented with the Appearance Bond

forms by Trooper Bukowski?

[ ] YES              [ ] NO

D.   Do you find that the plaintiff was acting irrationally
     at the time of his prospective release from police
     custody on the evening of March 17, 2002, i.e., when he
     was presented with the Appearance Bond forms by Trooper
     Bukowski?

     [ ] YES              [ ] NO

E.   Do you find that the plaintiff was very hostile and
     belligerent at the time of his prospective release from
     police custody on the evening of March 17, 2002, i.e.,
     when he was presented with the Appearance Bond forms by
     Trooper Bukowski?

     [ ] YES              [ ] NO


F.   Do you find that the defendant in question believed, on
     the evening of March 17, 2002, that the plaintiff
     should continue to be held in custody for the
     plaintiff's own safety and/or the safety of others?

     Defendant Wilson:        [ ] YES              [ ] NO

     Defendant Brennan:       [ ] YES              [ ] NO


G.   Do you find that the plaintiff's continued confinement
     on the evening of March 17, 2002 was motivated, in
     whole or in part, by any of the following:

     1.   The plaintiff's refusal to sign the Personal
          Property Inventory & Prisoner Processing Form
          (Plaintiff's Exhibit 1) at the bottom in the space
          for "Signature of Person Receiving the Property"?

          [ ] YES              [ ] NO

     2.   An intent to punish the plaintiff?

          Defendant Wilson        [ ] YES              [ ] NO

-6-

Defendant Brennan            [ ] YES            [ ] NO

3.   An intent to persuade or intimidate the plaintiff
     from making a formal complaint about either his
     treatment or the handling of his property by any
     police officers?

     Defendant Wilson            [ ] YES            [ ] NO

     Defendant Brennan           [ ] YES            [ ] NO

     (Note that you have been instructed, with respect to Claim
One: § 1983 Claim for False Imprisonment, that the subjective
motivations of the individual officers have no bearing on whether
a particular detention is unlawful under the Fourth Amendment.)

**VI.   <u>Conclusion</u>**

Your deliberations are complete.   Please sign and date this form.

_____          _____
Foreperson                                   1/24/2007
                                             Date

-7-