UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP ZOPPI | : | |
| v. | : | CASE NO. 3:02CV1619 (AWT) |
| CONNECTICUT STATE POLICE TROOPER PERRY WILSON, and CONNECTICUT STATE SERGEANT ROBERT BRENNAN | : : | |

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Alvin W. Thompson, United States District Judge presiding, and the issues having been duly tried, and the jury having rendered its verdict in favor of the defendants, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants, Connecticut State Police Trooper Perry Wilson, and Connecticut State Sergeant Robert Brennan.

Dated at Hartford, Connecticut, this 5th day of February, 2007.

KEVIN F. ROWE, Clerk

By _____/s/_____
Sandra Smith
Deputy Clerk